UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICORY GRIFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERYL SANDBERG, et al.,<br><br>        Defendants. | Case No. 23-cv-04047-JSC<br><br>**ORDER OF DISMISSAL** |

On December 19, 2023, this Court dismissed Plaintiff's civil rights complaint for failure to present a claim that is capable of judicial determination or review.  Plaintiff was granted until January 18, 2024, to file an amended complaint, and cautioned that if he failed to do so, this case would be dismissed without prejudice. (ECF No. 10 at 4:18-19.)  The deadline has passed, and Plaintiff has not responded to the Court's order.  As Plaintiff has not filed an amended complaint by the deadline, shown cause why not, or requested an extension of time, this case is DISMISSED without prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 6, 2024

JACQUELINE SCOTT CORLEY
United States District Judge